IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40869
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYMUNDO GARZA-SOTO,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-93-1
- - - - - - - - - -
February 11, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Raymundo Garza-Soto appeals from his sentence for illegal reentry into the United States after his deportation in violation of 8 U.S.C. § 1326. Garza-Soto argues that he was charged with and pleaded guilty to simple illegal reentry under § 1326(a) and (b) and that he could not be sentenced under § 1326(b)(2) because the indictment failed to allege that he had a prior aggravated felony conviction. His argument is foreclosed by this court's

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

opinion in <u>United States v. Vasquez-Olvera</u>, 999 F.2d 943, 946-47 (5th Cir. 1993).

AFFIRMED.